**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KATARZYNA LECHOWICZ, Executor
of the Estate of IZABELA LECHOWICZ, deceased,
DEBORAH SUTTON, Executor
of the Estate of ERIC SWAFFER, deceased,

Plaintiffs

v 21-cv-11749-IT

RAYTHEON TECHNOLOGIES CORPORATION,

Defendant

**PLAINTIFFS' UNOPPOSED MOTION FOR STAY**

Plaintiffs Katarzyna Lechowicz, Executor of the Estate of Izabela Lechowicz, deceased, et al, through undersigned counsel, moves the Court for a stay of this action pending a decision by the North Carolina Court of Appeals in a related action, and in support thereof states as follows:

Plaintiffs filed a product liability and negligence action for wrongful death and survival damages against Goodrich Corp. d/b/a Collins Aerospace Systems, Inc. in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, civil action number 20 cvs 14021 of the causes of that Court. This North Carolina action arises from the helicopter crash which is the subject of this action. By Order of December 21, 2021, the Mecklenburg County, NC Superior Court dismissed plaintiffs' action based upon statute of limitations and other grounds. Plaintiffs timely appealed from that Order to the North Carolina Court of Appeals, case number COA 22-319. Plaintiffs filed their brief on appeal and defendant's brief is due on June 16, 2022.

If plaintiffs are successful on their appeal in North Carolina, plaintiffs likely will voluntarily dismiss this action against defendant Raytheon Corp. Plaintiffs therefore request, in the interest of judicial economy, that this Court enter an Order staying this action until the North Carolina Court of Appeals enters its decision on the pending appeal.

Defendant's counsel has advised that it does not oppose this motion.

Respectfully submitted,

By: /s/ Christina Volpe
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
Jonathan P. Whitcomb, BBO #704522
JWhitcomb@dmoc.com
Christina M. Volpe, BBO #706426
cvolpe@dmoc.com
Diserio Martin O'Connor & Castiglioni LLP
c/o Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
Telephone: (617) 906-3359
Facsimile: (203) 348-2321

Floyd A. Wisner (Admitted *Pro Hac Vice)*
IL Bar No. 3048713
**WISNER LAW FIRM, P.C.**
161 N. Clark Street
Suite 1600
Chicago, Illinois 60601
Tel: (312) 216-5168
Fax: (312) 878-5698
faw@wisner-law.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Christina Volpe